# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| DAWN NICHOLSON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12CV1387SNLJ/LMB |
| | ) | |
| CAROLYN W. COLVIN[1], | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

Having received no objections to the United States Magistrate Judge's Report and Recommendation [23], filed July 18, 2013,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton [23], filed July 18, 2013 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the relief sought by the plaintiff in her Complaint and Brief in Support of Complaint be and is **DENIED.**

**IT IS FINALLY ORDERED** that the decision of the Commissioner denying plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act and Supplemental Security Income under Title XVI be and is **AFFIRMED** and judgment be entered in favor of the defendant Commissioner. This Court does not retain jurisdiction of this matter.

---

[1]As of February 14, 2013 Carolyn W. Colvin was appointed the Acting Commissioner of Social Security; thereby, replacing Michael J. Astrue as the Commissioner of Social Security.

Dated this __12th__ day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE